# JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DISTRICT

| | |
|---|---|
| FAY FARMANI; HASSAN FARMANI, <br><br> Plaintiffs, <br><br> v. <br><br> ANTHONY BLINKEN, SECRETARY OF STATE, U.S. DEPARTMENT OF STATE; JEFFRY LANE FLAKE, U.S. AMBASSADOR TO TURKEY <br><br> Defendant. | No. 8:22-cv-01939-CJC-ADS <br><br> **ORDER GRANTING JOINT STIPULATION TO STAY ACTION FOR 60 DAYS PENDING AGENCY ADJUDICATION** |

The Court, having considered the parties' Joint Stipulation To Stay Action For 60 Days Pending Agency Adjudication, and good cause appearing therefor, hereby ORDERS that:

1. This case is stayed for 60 days, up to and including March 27, 2023; and

2. The parties shall file a Joint Status Report on or before March 27, 2023 to provide the Court with an update concerning the status of Plaintiffs' petition and addressing how this civil action should proceed.

Dated: January 20, 2023

_____

HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

Presented by,

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

*/s/ Wei Kit (Ricky) Tai*

_____

Wei Kit (Ricky) Tai
Assistant United States Attorney

Attorneys for Federal Defendants